**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00395-CV

**CHRISTIN BISHOP, Appellant**

**V.**

**CREDITPLEX AUTO SALES L.L.C. D/B/A GREENVILLE MITSUBISHI;
SANTANDER CONSUMER USA, INC., Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-01838-D**

## ORDER

We **GRANT** appellees' July 31, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than September 17, 2015.

/s/ CRAIG STODDART
   JUSTICE